# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| LYLE DENNIS HAGER, III, | ) | |
|    Petitioner, | ) | Civil Action No. 7:19cv00246 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Michael F. Urbanski |
|    Respondent. | ) | Chief United States District Judge |

By order entered March 26, 2019, the court conditionally filed Hager's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Hager to either pay the filing fee, sign and return a consent to fee form, or apply to proceed in forma pauperis. The court advised Hager that failure to comply with the court's order within fourteen days would result in the dismissal of the action without prejudice. Hager did not respond to the court's order.

Inasmuch as the time to respond has passed and Hager has failed to comply with the court's order, the court will dismiss this action without prejudice.

ENTER: This 23rd day of April, 2019.

/s/ Michael F. Urbanski
Chief United States District Judge